UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                          )
          Plaintiff,      )
                          )  Case No. 3:16-mj-00318-DMS
v.                        )
                          )
ANDREY MAXIMOVICH FOMIN,  )
                          )
          Defendant.      )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

   XX   The court has granted the motion of the government for dismissal without prejudice; of the offense of Conspiracy to Commit International Parental Kidnaping and International Parental Kidnaping; 18:371 and 8:1204(a) as charged in count 1 of the Complaint.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

   **DATED** at Anchorage, Alaska, this 16th day of November 2016.

                                   Signature Redacted

                                   Deborah M. Smith
                                   United States Magistrate Judge

[]{DISCHARG.WPD*Rev.07/03}